UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/29/2014

---------------------------------------------------------- x
ALASKA ELECTRICAL PENSION FUND, : No. 14-cv-7126 (JMF)
on Behalf of Itself and All Others Similarly :
Situated, : CLASS ACTION
:
      Plaintiff, : STIPULATION AND [PROPOSED] ORDER
: REGARDING SERVICE AND
vs. : SUBSTITUTION OF PARTY
:
BANK OF AMERICA CORPORATION, et :
al., :
:
      Defendants. :
---------------------------------------------------------- x

  WHEREAS, on September 4, 2014, plaintiff Alaska Electrical Pension Fund ("Plaintiff") filed a complaint (the "Complaint") in the above-captioned action (the "*Alaska Electrical* Action") against the above-captioned defendants ("Defendants"); and

  WHEREAS, the Complaint named Nomura Holdings, Inc. ("NHI") as a Defendant;

  WHEREAS, NHI has not been served or appeared in this action; and

  WHEREAS, counsel for Plaintiff and counsel for Nomura Securities International, Inc. ("NSI") have conferred and have agreed to substitute NSI as a defendant in place of NHI in the *Alaska Electrical* Action;

  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among Plaintiff and NSI, by their respective counsel of record, as follows:

  1. Plaintiff hereby voluntarily dismisses without prejudice NHI as a Defendant pursuant to Fed. R. Civ. P. 41(a).

- 2 -

2. NSI is hereby substituted, *nunc pro tunc*, as a defendant in place of NHI in the *Alaska Electrical* Action. The caption shall be amended to reflect this stipulation.

3. Undersigned counsel for NSI agrees to accept service of process on behalf of NSI.

4. Except as to the defense of insufficiency of service of process on NSI in this action, no defense of any of the Defendants, including NHI, including without limitation, service or defenses based upon lack of personal jurisdiction, is prejudiced or waived by NSI executing, agreeing to, joining, or filing this Stipulation. The executing, agreeing to, joining, or filing this Stipulation by counsel for NSI does not constitute an appearance on behalf of NHI.

IT IS SO STIPULATED.

DATED: September 26, 2014

QUINN EMANUEL URQUHART
& SULLIVAN, LLP

*Daniel L. Brockett*
Daniel L. Brockett
Daniel Cunningham
Marc L. Greenwald
Steig D. Olson

51 Madison Avenue, 22nd Floor
New York, NY 10010-1601
Telephone: 212/849-7000
212/849-7100 (fax)
danbrockett@quinnemanual.com
danielcunningham@quinnemanual.com
marcgreenwald@quinnemanual.com
steigolson@quinnemanual.com

DATED: September 26, 2014          ROBBINS GELLER RUDMAN
                                                                                                     & DOWD LLP

                                                                                  /s/ Patrick J. Coughlin

                                                                                  Patrick J. Coughlin
                                                                                  David W. Mitchell
                                                                                  Brian O. O'Mara
                                                                                  Randi D. Bandman

                                                                                 655 West Broadway, Suite 1900
                                                                                  San Diego, CA 92101
                                                                                  Telephone: 619/231-1058
                                                                                  619/231-7423 (fax)
                                                                                  patc@rgrdlaw.com
                                                                                  davem@rgrdlaw.com
                                                                                  bomara@rgrdlaw.com
                                                                                  randib@rgrdlaw.com

                                                                                  SCOTT + SCOTT LLP
                                                                                  Christopher M. Burke
                                                                                  Sylvia M. Sokol
                                                                                  The Chrysler Building
                                                                                  405 Lexington Avenue, 40th Floor
                                                                                  New York, NY 10174
                                                                                  Telephone: 212/233-6444
                                                                                  212/233-6334 (fax)
                                                                                  cburke@scott-scott.com
                                                                                  ssokol@scott-scott.com

                                                                                  BERNSTEIN LIEBHARD LLP
                                                                                  Stanley D. Bernstein
                                                                                  Ronald J. Aronoff
                                                                                  10 East 40th Street
                                                                                  New York, NY 10016
                                                                                  Telephone: 212/779-1414
                                                                                  212/779-3218 (fax)
                                                                                  bernstein@bernlieb.com
                                                                                  aranoff@bernlieb.com

                                                                                  Attorneys for Plaintiff

DATED: September 26, 2014                SHEARMAN & STERLING LLP

_____
Joseph J. Frank
Brian H. Polovoy

599 Lexington Avenue
New York, NY 10022-6069
Telephone: 212/848-4000
646/848-5254 (fax)
joseph.frank@shearman.com
bpolovoy@shearman.com

Attorney for Nomura Securities International, Inc.

\*   \*   \*

**ORDER**

IT IS SO ORDERED.

DATED: September 29, 2014

_____
THE HONORABLE JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK