UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

ALASKA ELECTRICAL PENSION FUND, : No. 14-cv-7126 (JMF)
on Behalf of Itself and All Others Similarly :
Situated, :
 :
                    Plaintiff, :
 :
  vs. :
 :
BANK OF AMERICA CORP., *et al.*, :
 :
                   Defendants. :
 :
------------------------------------------------------ :
THE COUNTY OF BEAVER, on Behalf of : No. 14-cv-7907 (JMF)
Itself and All Others Similarly Situated, :
 :
                  Plaintiff, :
 :
  vs. :
 :
BANK OF AMERICA CORP., *et al.*, :
 :
                   Defendants. :
 :
------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: *10/06/2014*

## STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE AND SUBSTITUTION OF PARTY

      WHEREAS, on September 4th, 2014, plaintiff Alaska Electrical Pension Fund ("Alaska Electrical") filed a complaint (the "*Alaska Electrical* Complaint") in one of the above-captioned actions (the "*Alaska Electrical* Action") against certain defendants (the "*Alaska Electrical* Defendants");

      WHEREAS, on September 30, 2014, plaintiff The County of Beaver ("Beaver County," and together with Alaska Electrical, "Plaintiffs") filed a complaint (the "*Beaver County* Complaint," and together with the *Alaska Electrical* Complaint, the "Complaints") in one of the above-captioned actions (the "*Beaver County* Action," and together with the *Alaska Electrical*

Action, the "Related Actions") against certain defendants (the "*Beaver County* Defendants" and, together with the *Alaska Electrical* Defendants, "Defendants"); and

WHEREAS, both Complaints name as a Defendant ICAP plc; and

WHEREAS, counsel for Plaintiffs and counsel for ICAP Capital Markets LLC ("ICAP Capital") have conferred and have agreed to substitute ICAP Capital as a Defendant in place of ICAP plc in both of the Related Actions;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among Plaintiffs and ICAP Capital, by their respective counsel of record, as follows:

1. Plaintiffs hereby voluntarily dismiss without prejudice ICAP plc as a Defendant in both of the Related Actions pursuant to Fed. R. Civ. P. 41(a).

2. ICAP Capital is hereby substituted, *nunc pro tunc*, for ICAP plc in both of the Related Actions. The captions of both Related Actions shall be amended to reflect this substitution.

3. Undersigned counsel for ICAP Capital agrees to accept service of process on behalf of ICAP Capital.

4. Except as explicitly provided herein, this stipulation in no way constitutes any prejudice to or waiver of any defense by any Defendant, including ICAP plc, in the Related Actions, including without limitation, service or defenses based upon lack of personal jurisdiction. The executing, agreeing to, joining, or filing this Stipulation by counsel for ICAP Capital does not constitute an appearance on behalf of ICAP plc.

IT IS SO STIPULATED.

DATED: October 3, 2014

QUINN EMANUEL URQUHART
& SULLIVAN, LLP

*/s/ Don Brockett /JR*

Daniel L. Brockett
Daniel Cunningham
Marc L. Greenwald
Steig D. Olson

51 Madison Avenue, 22nd Floor
New York, NY 10010-1601
Telephone: 212/849-7000
212/849-7100 (fax)
danbrockett@quinnemanual.com
danielcunningham@quinnemanual.com
marcgreenwald@quinnemanual.com
steigolson@quinnemanual.com

ROBBINS GELLER RUDMAN
  & DOWD LLP

Patrick J. Coughlin
David W. Mitchell
Brian O. O'Mara
Randi D. Bandman

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
patc@rgrdlaw.com
davem@rgrdlaw.com
bomara@rgrdlaw.com
randib@rgrdlaw.com

SCOTT + SCOTT LLP
Christopher M. Burke
Sylvia M. Sokol
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, NY 10174
Telephone: 212/233-6444
212/233-6334 (fax)
cburke@scott-scott.com
ssokol@scott-scott.com

BERNSTEIN LIEBHARD LLP
Stanley D. Bernstein
Ronald J. Aranoff
10 East 40th Street
New York, NY 10016
Telephone: 212/779-1414
212/779-3218 (fax)
bernstein@bernlieb.com
aranoff@bernlieb.com

Attorneys for Plaintiff

DATED: October 3, 2014

RICHARDS KIBBE & ORBE LLP

_____

Brian S. Fraser
Shari A. Brandt
H. Rowan Gaither

200 Liberty Street
New York, NY 10281-1003
Telephone: 212/530-1800
212/530-1801 (fax)
bfraser@rkollp.com
sbrandt@rkollp.com
rgaither@rkollp.com

Attorneys for ICAP Capital Markets LLC

IT IS SO ORDERED.

DATED: October 6, 2014
_____
THE HONORABLE JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

- 4 -