USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/03/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                :
COUNTY OF MONTGOMERY, PENNSYLVANIA    :
et al.,                                              :
                                                :        14-CV-8576 (JMF)
                      Plaintiffs,     :
                                                :
       -v-                                          :
                                                :
ICAP PLC et al.,                               :
                                                :
                      Defendants.    :
------------------------------------------------------------------------X
ALASKA ELECTRICAL PENSION FUND et al.,     :
                    Plaintiffs,     :      14-CV-7126 (JMF)
      -v-       :
BANK OF AMERICA CORPORATION, et al.,   :
                    Defendants.    :
------------------------------------------------------------------------X
THE COUNTY OF BEAVER et al.,   :
                    Plaintiffs,   :
                                        :      14-CV-7907 (JMF)
      -v-       :
BANK OF AMERICA CORPORATION, et al.,   :
                    Defendants.   :
------------------------------------------------------------------------X
MAGNOLIA REGIONAL HEALTH CENTER et al.,   :
                    Plaintiffs,   :      14-CV-8342 (JMF)
      -v-      :

| | |
|---|---|
| BANK OF AMERICA CORPORATION, et al., : <br> : <br> Defendants. : <br> : <br>----------------------------------------------------------------------X <br> : <br> GENESEE COUNTY EMPLOYEES' RETIREMENT : <br> SYSTEM et al., : <br> : <br> Plaintiffs, : <br> : <br> -v- : <br> : <br> BANK OF AMERICA CORPORATION, et al., : <br> : <br> Defendants. : <br> : <br>----------------------------------------------------------------------X | 14-CV-8365 (JMF) <br><br> <u>CONSOLIDATION ORDER</u> |

JESSE M. FURMAN, United States District Judge:

On October 31, 2014, Plaintiffs in the five above-captioned cases filed a consolidated class action complaint. (14-CV-7126, Docket No. 99). Four of the cases (14-CV-7126, 14-CV-7907, 14-CV-8342, 14-CV-8365) had already been consolidated for all purposes. Given the consolidated class action complaint, the fifth case — 14-CV-8576 — is hereby consolidated with the other four as well.

In addition, the Court previously denied without prejudice a motion by Quinn Emanuel, Scott+Scott, and Robbins Geller Rudman & Dowdin in Case Nos. 14-CV-7126 and 14-CV-7907 to be appointed co-lead counsel. (Docket No. 91). By letter filed on October 31, 2014, those firms indicate that Plaintiffs' counsel agree that the appointment of lead counsel is now appropriate and that those firms should be so appointed. In light of the changed circumstances, the Court agrees that the appointment of lead counsel may now be appropriate. Accordingly, and notwithstanding the apparent agreement among Plaintiffs' counsel, any counsel seeking

appointment as lead or co-lead counsel shall file a motion to that effect no later than **November 17, 2014**.  Any opposition to such a motion shall be due no later than **November 24, 2014**.

The Clerk of the Court is directed to consolidate Case No. 14-CV-8576 under the lead case, Docket Number 14-CV-7126.

SO ORDERED.

Dated: November 3, 2014
New York, New York

JESSE M. FURMAN
United States District Judge