UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
ALASKA ELECTRICAL PENSION FUND et al.,                      :
:
                                Plaintiffs,         :        14-CV-7126 (JMF)
:
                -v-                                               :                     ORDER
:
BANK OF AMERICA CORPORATION,                                 :
:
                             Defendants.        :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On **December 12, 2014**, Defendants filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure. The Court has already established a briefing schedule for the motion (Docket No. 95), and that schedule remains in effect. Accordingly, Plaintiffs shall file an amended complaint or oppose Defendants' motion no later than **January 23, 2015**. Plaintiffs will not be given another opportunity to amend their complaint to address the alleged deficiencies identified in Defendants' motion to dismiss.

       SO ORDERED.

Dated:  December 15, 2014
           New York, New York

                                               JESSE M. FURMAN
                                               United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/15/2014