**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALASKA ELECTRICAL PENSION FUND; GENESEE COUNTY EMPLOYEES' RETIREMENT SYSTEM; COUNTY OF MONTGOMERY, PENNSYLVANIA; COUNTY OF WASHINGTON, PENNSYLVANIA; and CITY OF NEW BRITAIN, CONNECTICUT, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> - against - <br><br> BANK OF AMERICA, N.A.; BARCLAYS BANK PLC; B.N.P. PARIBAS SA; CITIGROUP INC.; CREDIT SUISSE AG, NEW YORK BRANCH; DEUTSCHE BANK AG; THE GOLDMAN SACHS GROUP, INC.; HSBC BANK USA, N.A.; ICAP CAPITAL MARKETS LLC; JPMORGAN CHASE & CO.; MORGAN STANLEY & CO. LLC; NOMURA SECURITIES INTERNATIONAL, INC.; ROYAL BANK OF SCOTLAND PLC; UBS AG; and WELLS FARGO BANK, N.A., <br><br> Defendants. | No. 1:14-cv-07126-JMF <br> No. 1:14-cv-07907-JMF <br> No. 1:14-cv-08342-JMF <br> No. 1:14-cv-08365-JMF <br> No. 1:14-cv-08576-JMF <br><br> ECF CASE <br><br> **ORAL ARGUMENT REQUESTED** |

**NOTICE OF DEFENDANTS' JOINT MOTION TO DISMISS**
**THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

PLEASE TAKE NOTICE that the undersigned, attorneys for Bank of America, N.A.; Barclays Bank PLC; B.N.P. Paribas SA; Citigroup Inc.; Credit Suisse AG, New York Branch; Deutsche Bank AG; The Goldman Sachs Group, Inc.; HSBC Bank USA, N.A.; ICAP Capital Markets LLC; JPMorgan Chase & Co.; Morgan Stanley & Co., LLC; Nomura Securities International, Inc.; Royal Bank of Scotland plc; UBS AG; and Wells Fargo Bank, N.A in the above referenced matter, will move this Court before the Honorable Jesse M. Furman, United States District Judge for the Southern District of New York, at the United States Courthouse located at 40 Foley Square, New York, NY 10007, for an order pursuant to Rule 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure dismissing the Consolidated Amended Class Action Complaint in the above-captioned actions.

The grounds for this motion are set forth in the Defendants' Memorandum of Law in Support of Their Joint Motion to Dismiss the Consolidated Amended Class Action Complaint.

Dated:   New York, New York
         April 13, 2015

Respectfully Submitted,

s/ Adam Hakki
SHEARMAN & STERLING LLP
ADAM HAKKI
RICHARD SCHWED
KEITH PALFIN
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
Fax: (646) 848-4000
ahakki@shearman.com
rschwed@shearman.com
keith.palfin@shearman.com

*Attorneys for Defendant Bank of America, N.A.*

s/ David H. Braff
SULLIVAN & CROMWELL LLP
DAVID H. BRAFF
MATTHEW A. SCHWARTZ
ALEXANDER J. WILLSCHER
BENJAMIN R. WALKER
MATTHEW J. PORPORA
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Fax: (212) 558-3588
braffd@sullcrom.com
schwartzmatthew@sullcrom.com
willschera@sullcrom.com
walkerb@sullcrom.com
porporam@sullcrom.com

s/ Jonathan D. Schiller
BOIES, SCHILLER & FLEXNER LLP
JONATHAN D. SCHILLER
ANDREW Z. MICHAELSON
575 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-2300
Fax: (212) 446-2350
jschiller@bsfllp.com
amichaelson@bsfllp.com

*Attorneys for Defendant Barclays Bank PLC*

s/ Joshua A. Goldberg
PATTERSON BELKNAP WEBB & TYLER
  LLP
JOSHUA A. GOLDBERG
WILLIAM F. CAVANAUGH, JR
DEIRDRE A. McEVOY
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2000
Fax: (212) 336-2222
jgoldberg@pbwt.com
wfcavanaugh@pbwt.com
dmcevoy@pbwt.com

*Attorneys for Defendant B.N.P. Paribas SA*

s/ Andrew A. Ruffino
COVINGTON & BURLING LLP
ANDREW A. RUFFINO
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
Fax: (212) 841-1010
aruffino@cov.com

COVINGTON & BURLING LLP
ALAN WISEMAN
THOMAS A. ISAACSON
One CityCenter
850 Tenth Street, N.W.
Washington, DC 20001
Telephone: (202) 662-6000
Fax: (202) 662-6291
awiseman@cov.com
tisaacson@cov.com

*Attorneys for Defendant Citigroup Inc.*

s/ David G. Januszewski
CAHILL GORDON & REINDEL LLP
DAVID G. JANUSZEWSKI
HERBERT S. WASHER
LANDIS C. BEST
80 Pine Street
New York, NY 10005
Telephone: (212) 701-3000
Fax: (212) 269-5420
djanuszewski@cahill.com
hwasher@cahill.com
lbest@cahill.com

*Attorneys for Defendant Credit Suisse AG, New York Branch*

s/ Moses Silverman
PAUL, WEISS, RIFKIND, WHARTON &
  GARRISON LLP
MOSES SILVERMAN
JAMES L. BROCHIN
AARON DELANEY

1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Fax: (212) 757-3990
msilverman@paulweiss.com
jbrochin@paulweiss.com
adelaney@paulweiss.com

*Attorneys for Defendant Deutsche Bank AG*

s/ Thomas J. Moloney
CLEARY GOTTLIEB STEEN & HAMILTON
  LLP
THOMAS J. MOLONEY
GEORGE S. CARY
LEAH BRANNON
ELIZABETH VICENS
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Fax: (212) 225-3999
tmoloney@cgsh.com
gcary@cgsh.com
lbrannon@cgsh.com
evicens@cgsh.com

*Attorneys for Defendant The Goldman Sachs
Group, Inc.*

s/ Gregory T. Casamento
LOCKE LORD LLP
EDWIN R. DEYOUNG
GREGORY T. CASAMENTO
ANDREW L. FISH
Three World Financial Center
New York, New York 10281-2101
Tel.: (212) 415-8600
Fax: (212) 303-2754
edeyoung@lockelord.com
gcasamento@lockelord.com
afish@lockelord.com

ROGER B. COWIE
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776
Tel.: (214) 740-8000
Fax: (214) 740-8800
rcowie@lockelord.com

*Attorneys for Defendant HSBC Bank USA, N.A.*

s/ Brian S. Fraser
RICHARDS KIBBE & ORBE LLP
BRIAN S. FRASER
SHARI A. BRANDT
H. ROWAN GAITHER
RACHEL MECHANIC
ROBYN FRUMKIN
200 Liberty Street
New York, NY 10281
Telephone: (212) 530-1800
Fax: (212) 530-1801
bfraser@rkollp.com
sbrandt@rkollp.com
rgaither@rkollp.com
rmechanic@rkollp.com
rfrumkin@rkollp.com

*Attorneys for Defendant ICAP Capital Markets
LLC*

s/ Arthur J. Burke
DAVIS POLK & WARDWELL LLP
ARTHUR J. BURKE
GREG D. ANDRES
JAMES I. McCLAMMY
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
Fax: (212) 701-5800
arthur.burke@davispolk.com
greg.andres@davispolk.com
james.mcclammy@davispolk.com

*Attorneys for Defendant JPMorgan Chase & Co.*

s/ Paul M. Eckles

SKADDEN, ARPS, SLATE, MEAGHER &
  FLOM LLP
JAY KASNER
SHEPARD GOLDFEIN
PAUL M. ECKLES
THOMAS M. LEINEWEBER
4 Times Square
New York, NY 10036
Telephone: (212) 735-3000
Fax: (212) 735-2000/1
jay.kasner@skadden.com
shepard.goldfein@skadden.com
paul.eckles@skadden .com
thomas.leineweber@skadden.com

*Attorneys for Defendant Royal Bank of Scotland
plc*

s/ Joel S. Sanders

(*Admitted Pro Hac Vice*)
GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS
MARC J. FAGEL
555 Mission Street
San Francisco, CA 94105
Telephone: (415) 393-8200
Fax: (415) 393-8306
jsanders@gibsondunn.com
mfagel@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
PETER SULLIVAN
JEFFERSON E. BELL
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
Fax: (212) 351-4035
psullivan@gibsondunn.com
jbell@gibsondunn.com

*Attorneys for Defendant UBS AG*

s/ Anne E. Beaumont

FRIEDMAN KAPLAN SEILER & ADELMAN
  LLP
ERIC SEILER
ANDREW W. GOLDWATER
ANNE E. BEAUMONT
ANDREW C. KOSTIC
7 Times Square
New York, NY 10036
Telephone: (212) 833-1100
eseiler@fklaw.com
agoldwater@fklaw.com
abeaumont@fklaw.com
akostic@fklaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

s/ Brian H. Polovoy

SHEARMAN & STERLING LLP
JOSEPH J. FRANK
BRIAN H. POLOVOY
ETIENNE BARG-TOWNSEND

599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
Fax: (646) 848-4703
Joseph.Frank@shearman.com
Bpolovoy@shearman.com
Etienne.Barg@shearman.com

*Attorneys for Defendant Nomura Securities
International, Inc.*

s/ Jon R. Roellke_____
(*Admitted Pro Hac Vice*)
MORGAN, LEWIS & BOCKIUS LLP
JON R. ROELLKE
ANTHONY R. VAN VUREN
2020 K Street, NW
Washington, DC 20006
Tel. (202) 373-6000
Fax (202) 373-6001
jon.roellke@morganlewis.com
anthony.vanvuren@morganlewis.com

*Attorneys for Defendant Morgan Stanley & Co. LLC*