```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/14/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                      :
ALASKA ELECTRICAL PENSION FUND, et al.,  :
                                      :
                      Plaintiffs,  :     14-CV-7126 (JMF)
          -v-  :
                                      :     ORDER
BANK OF AMERICA CORPORATION,  :
                                      :
                    Defendants.  :
                                      :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On December 12, 2014, Defendants filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure.  On December 15, 2014, the Court issued an order granting Plaintiffs leave to file an amended complaint or an opposition to Defendants' motion to dismiss.  On February 12, 2015, Plaintiffs filed an amended complaint, and on April 13, 2015, Defendants filed a new motion to dismiss.  Accordingly, Defendants' original motion to dismiss the complaint is denied as moot.

       Plaintiffs' opposition to Defendants' motion to dismiss is due **May 28, 2015**.  Defendants' reply, if any, is due **July 1, 2015**.  (Docket No. 163).

       The Clerk of Court is directed to terminate Defendants' first motion to dismiss (Docket No. 151).

       SO ORDERED.

Dated: April 14, 2015
       New York, New York

                                                                  _____
                                                                  JESSE M. FURMAN
                                                             United States District Judge