quinn emanuel trial lawyers  

June 2, 2015

<u>V<small>IA</small> ECF</u>

Honorable Jesse M. Furman
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Centre Street, Room 2202
New York, NY 10007

Re:   *Alaska Electrical Pension Fund, et al. v. Bank of America Corp., et al.*,
     Lead Case No.     14 Civ. 7126 (JMF)
     Consolidated Cases:  14 Civ. 7907 (JMF)
                             14 Civ. 8342 (JMF)
                             14 Civ. 8365 (JMF)
                             14 Civ. 8576 (JMF)

Dear Judge Furman:

Pursuant to Rule 3.G of Your Honor's Individual Rules and Practices, undersigned interim co-lead class counsel write to respectfully request oral argument on the motions to dismiss filed by Defendants in these consolidated actions.

Respectfully submitted,

/s/ *Daniel L. Brockett*          /s/ *David Mitchell*          /s/ *Christopher M. Burke*
Daniel L. Brockett                David Mitchell                   Christopher M. Burke
QUINN EMANUEL URQUHART   ROBBINS GELLER RUDMAN   SCOTT+SCOTT, ATTORNEYS
   & SULLIVAN, LLP                     & DOWD LLP                      AT LAW, LLP

cc:   All counsel (via ECF)