USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/09/2015

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALASKA ELECTRICAL PENSION FUND, *et al*.<br><br>                              Plaintiffs,<br>vs.<br><br>BANK OF AMERICA CORPORATION, *et al*.<br><br>                              Defendants. | Civil Action No.  1:14cv07126-JMF<br>Honorable Jesse M. Furman |

## NOTICE OF WITHDRAWAL OF COUNSEL

TO THE COURT, THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Linda P. Nussbaum will withdraw as counsel of record for the County of Montgomery, Pennsylvania and should be removed from the service list with respect to the above-referenced action.  Robert G. Eisler, Peter A. Barile, III and Charles T. Caliendo of Grant & Eisenhofer P.A. will continue to represent Plaintiff the County of Montgomery, Pennsylvania.

Please make the necessary changes to your files.

Dated:  June 8, 2015

NUSSBAUM LAW GROUP, P.C.

By:  /s/ *Linda P. Nussbaum*

Linda P. Nussbaum (LN-9336)
570 Lexington Avenue, 19th Floor
New York, NY 10022
Email: lnussbaum@nussbaumpc.com
Telephone:  (212) 702-7053
Direct Dial:  (212) 702-7054
Facsimile:  (212) 681-0300

*Counsel for Plaintiff The County of Montgomery, Pennsylvania*

SO ORDERED.

/s/ Jesse M. Furman
United States District Judge
June 9, 2015