# Morgan Lewis

**Jon R. Roellke**
Partner
+1.202.739.5754
jon.roellke@morganlewis.com

April 4, 2016

**VIA ECF**

Honorable Jesse M. Furman
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Centre Street, Room 2202
New York, NY 10007

Re: *Alaska Electrical Pension Fund v. Bank of America Corp.*, 14 Civ. 7126 (JMF);
*The County of Beaver v. Bank of America Corp.*, 14 Civ. 7907 (JMF);
*Magnolia Regional Health Center v. Bank of America Corp.*, 14 Civ. 8342 (JMF);
*Genesee County Employees' Ret. System v. Bank of America Corp.*, 14 Civ. 8365 (JMF);
*County of Montgomery, Pennsylvania v. ICAP, plc*, 14 Civ. 8576 (JMF)

Dear Judge Furman:

This firm represents defendant Morgan Stanley & Co. LLC in the above-referenced actions and we write on behalf of Defendants to request an extension of Defendants' deadline to answer Plaintiffs' Consolidated Amended Complaint ("Amended Complaint").

On March 28, 2016, this Court granted in part and denied in part Defendants' motions to dismiss the Amended Complaint. Pursuant to this Court's order dated March 29, 2016, Defendants must answer Plaintiffs' remaining claims on or before April 18, 2016. Defendants respectfully request that the deadline to submit their answers be extended until Tuesday, May 24, 2016 (33 days). Plaintiffs have consented to this extension.

The Parties have previously stipulated or otherwise agreed to various schedule modifications and the Court has granted their requests. *See* Order (Sept. 29, 2014) Dkt. 45, Order (Oct. 14, 2014) Dkt. 95, Order (Jan. 22, 2015) Dkt. 163, Order (May 22, 2015) Dkt. 192. The Parties are scheduled to next appear before the Court for an initial pretrial conference on May 5, 2016 and this requested extension on the answers will not affect that conference date or the Parties' efforts to meet and confer in advance of it.

**Morgan, Lewis & Bockius LLP**

1111 Pennsylvania Avenue, NW
Washington, DC  20004
United States

☎ +1.202.739.3000
📠 +1.202.739.3001

Honorable Jesse M. Furman
April 4, 2016
Page 2

For the reasons set forth above, Defendants respectfully request that the Court extend their deadline to answer Plaintiffs' Amended Complaint until May 24, 2016.

Respectfully Submitted,

*Jon R. Roellke*

Jon R. Roellke

cc: All counsel (via ECF)

SO ORDERED:

_____
United States District Judge

DATED: _____