May 9, 2016

<u>Via ECF</u>

Hon. Jesse M. Furman,
   U.S. District Court for the Southern District of New York,
     Thurgood Marshall United States Courthouse,
       40 Centre Street, Room 2202,
         New York, NY 10007.

          Re:   *Alaska Electrical Pension Fund*, et al. v.
                <u>*Bank of America Corp., et al.*, 14-cv-7126 (JMF)</u>

Dear Judge Furman:

      In connection with the above-referenced matter, the undersigned Defendants (the "Settling Defendants") write to address an issue that the Court raised during a May 5, 2016 status conference regarding Plaintiffs' Motion for Preliminary Approval of Settlement Agreements with Bank of America, N.A.; Barclays Bank PLC; Citigroup Inc.; Credit Suisse AG, New York Branch; Deutsche Bank AG; JPMorgan Chase & Co.; and Royal Bank of Scotland plc (ECF No. 220).

      During the conference, the Court indicated that it is inclined to strike the second sentence of Paragraph 18 of the [Proposed] Order Preliminarily Approving Settlement Agreements, Certifying the Settlement Class, and Appointing Class Counsel and Class Representatives for the Settlement Class (the "Provision"), which reads: "Pending final determination of whether the Settlement Agreements should be approved, neither Plaintiffs nor any Settlement Class Member shall commence or prosecute any action alleging any of the Released Class Claims against any of the Settling Defendants." (ECF No. 220-1.)  Plaintiffs responded that they would not object should the Court determine to strike the Provision from the order, and Your Honor directed the Settling Defendants to advise the Court, by today, of their position on the same.

      The Settling Defendants also have no objection to the Court's striking the Provision, and respectfully request that the Court enter the proposed order as appropriately modified.

Hon. Jesse M. Furman                                                                                                    -2-


Respectfully submitted,


| | |
|---|---|
| /s/ Adam Hakki | /s/ Matthew J. Porpora |
| Adam Hakki | David H. Braff |
| Richard Schwed | Matthew J. Porpora |
| Keith Palfin | SULLIVAN & CROMWELL LLP |
| SHEARMAN & STERLING LLP | 125 Broad Street |
| 599 Lexington Avenue | New York, NY 10004 |
| New York, NY 10022 | Telephone: (212) 558-4000 |
| Telephone: (212) 848-4000 | Fax: (212) 558-3588 |
| Fax: (646) 848-4000 | braffd@sullcrom.com |
| ahakki@shearman.com | porporam@sullcrom.com |
| rschwed@shearman.com | |
| keith.palfin@shearman.com | |
| | |
| *Attorneys for Defendant Bank of America, N.A.* | |
| | |
| | Jonathan D. Schiller |
| | Andrew Z. Michaelson |
| | BOIES, SCHILLER & FLEXNER LLP |
| | 575 Lexington Ave., Seventh Floor |
| | New York, NY 10022 |
| | Telephone: (212) 446-2300 |
| | Fax: (212) 446-2350 |
| | jschiller@bsfllp.com |
| | amichaelson@bsfllp.com |
| | |
| | *Attorneys for Defendant Barclays Bank PLC* |

Hon. Jesse M. Furman                                                                                            -3-

/s/ Andrew A. Ruffino
Andrew A. Ruffino
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
Fax: (212) 841-1010
aruffino@cov.com

Alan Wiseman
Thomas A. Issacson
One CityCenter
850 Tenth Street, N.W.
Washington, DC 20001
Telephone: (202) 662-6000
Fax: (202) 662-6291
awiseman@cov.com
tisaacson@cov.com

*Attorneys for Defendant Citigroup Inc.*

/s/ David G. Januszewski
David G. Januszewski
Herbert S. Washer
Landis C. Best
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, NY 10005
Telephone: (212) 701-3000
Fax: (212) 269-5420
djanuszewski@cahill.com
hwasher@cahill.com
lbest@cahill.com

*Attorneys for Defendant Credit Suisse AG, New York Branch*

/s/ Moses Silverman
Moses Silverman
James L. Brochin
Aaron Delaney
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Fax: (212) 757-3990
msilverman@paulweiss.com
jbrochin@paulweiss.com
adelaney@paulweiss.com

*Attorneys for Defendant Deutsche Bank AG*

/s/ Arthur J. Burke
Arthur J. Burke
Greg D. Andrews
James I. McClammy
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
Fax: (212) 701-5800
arthur.burke@davispolk.com
greg.andres@davispolk.com
james.mcclammy@davispolk.com

*Attorneys for Defendant JPMorgan Chase & Co.*

Hon. Jesse M. Furman -4-

/s/ Paul M. Eckles
Jay Kasner
Shepard Goldfein
Paul M. Eckles
Thomas L. Leineweber
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
4 Times Square
New York, NY 10036
Telephone: (212) 735-3000
Fax: (212) 735-2000/1
jay.kasner@skadden.com
shepard.goldfein@skadden.com
paul.eckles@skadden.com
thomas.leineweber@skadden.com

*Attorneys for Defendant Royal Bank of Scotland plc*

cc:   All counsel of record (via ECF)