

Brookfield Place
200 Vesey Street
New York, NY 10281
Telephone: 212-415-8600
Fax: 212-303-2754
www.lockelord.com

Gregory T. Casamento
Direct Telephone: 212-812-8325
Direct Fax: 212-812-8385
gcasamento@lockelord.com

December 19, 2016

BY ECF AND HAND DELIVERY

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

Re:   Alaska Electrical Pension Fund v. Bank of America Corporation et al.
      Civil Action No. 1:14-cv-7126

Dear Judge Furman:

It is with great sadness that I write on behalf of the HSBC Defendants to inform the court that Counsel Edwin R. DeYoung has recently passed away.

The clerk of the court has given instruction to have this letter endorsed by Your Honor so that Mr. DeYoung's name can be removed from the docket in this action. The firm of Locke Lord LLP and the attorneys who have appeared on behalf of the HSBC Defendants will continue their representation.

We appreciate the Court's attention to this matter and are available to answer any additional questions the Court may have regarding the above.

Respectfully yours,

Gregory T. Casamento

cc: All Counsel (Via ECF)

Atlanta | Austin | Boston | Chicago | Dallas | Hartford | Hong Kong | Houston | Istanbul | London | Los Angeles | Miami | Morristown | New Orleans
New York | Orange County | Providence | Sacramento | San Francisco | Stamford | Tokyo | Washington DC | West Palm Beach