USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/22/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALASKA ELECTRICAL PENSION FUND, et al.,

            Plaintiffs,

vs.

BANK OF AMERICA, N.A., et al.,

            Defendants.

Case No. 14-CV-7126 (JMF)

**NOTICE OF ATTORNEY WITHDRAWAL**

To the Court, the Clerk of this Court, and all parties of record:

Please take notice that as of September 6, 2016, Andrew L. Fish is no longer with the firm of Locke Lord LLP. For this reason, Mr. Fish requests leave to withdraw as counsel of record for defendant HSBC Bank USA, N.A. in the above-captioned action and that he be removed from the Court's service list for this action. Locke Lord LLP continues to serve as counsel for HSBC Bank USA, N.A. in this case.

Dated: September 8, 2016
      New York, NY

Respectfully submitted,

_____/s/_____
Andrew L. Fish
Satterlee Stephens LLP
230 Park Avenue
New York, NY 10169
Telephone: (212) 404-8761
Fax: (212) 818-9606
afish@ssbb.com

SO ORDERED.

[signature]

December 22, 2016