

**JAMUNA D. KELLEY**
jkelley@fklaw.com
212.833.1196

January 23, 2017

BY ECF

Hon. Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

>  Re:   *Alaska Electrical Pension Fund, et al. v. Bank of America, N.A. et al.*,
>        No. 14-CV-7126 (JMF)

Dear Judge Furman:

      This firm represents defendant Wells Fargo Bank, N.A. ("Wells Fargo") in the above-referenced action. I write regarding certain of the exhibits to the Declaration of Eric Seiler dated January 23, 2017 (the "Declaration"), which are being filed electronically today in support of the Non-Settling Defendants' Joint Memorandum of Law in Opposition to Plaintiffs' Motion for Leave to File a Fourth Complaint.

      Exhibit A to the Declaration is a letter that encloses two trade confirmations; Exhibits C and D each consist of a trade confirmation; and Exhibit E is an ISDA Master Agreement together with its accompanying schedules and amendments. Pursuant to Section 6.B of the Court's Individual Rules of Practice, Wells Fargo respectfully requests permission to file the enclosure to the letter in Exhibit A and the entirety of Exhibits C, D and E under seal, because they contain material that Wells Fargo designates as "Confidential" pursuant to the Stipulated Protective Order dated July 1, 2016 (ECF No. 257). Copies with placeholders for the enclosures to Exhibit A and for all of Exhibits C, D, and E have been filed by ECF, and complete copies are being e-mailed to the Court and all parties' counsel simultaneously with the filing of this letter.

      Respectfully submitted,

      *Jamuna Kelley*

      Jamuna D. Kelley

cc:   All counsel of record

7 Times Square, New York, NY 10036-6516   212.833.1100   fklaw.com