UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALASKA ELECTRICAL PENSION FUND; GENESEE COUNTY EMPLOYEES' RETIREMENT SYSTEM; COUNTY OF MONTGOMERY, PENNSYLVANIA; COUNTY OF WASHINGTON, PENNSYLVANIA; CITY OF NEW BRITAIN, CONNECTICUT; PENNSYLVANIA TURNPIKE COMMISSION; ERSTE ABWICKLUNGSANSTALT (EAA); and PORTIGON AG on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>BANK OF AMERICA N.A.; BARCLAYS BANK PLC; B.N.P. PARIBAS SA; CITIGROUP INC.; CREDIT SUISSE AG, NEW YORK BRANCH; DEUTSCHE BANK AG; THE GOLDMAN SACHS GROUP, INC.; HSBC BANK USA, N.A., ICAP CAPITAL MARKETS LLC; JPMORGAN CHASE & CO.; MORGAN STANLEY & CO. LLC; NOMURA SECURITIES INTERNATIONAL, INC.; ROYAL BANK OF SCOTLAND PLC; UBS AG; and WELLS FARGO BANK, N.A.,<br><br>                    Defendants. | Case No.: 14-cv-7126 (JMF)<br><br><br><br><br><br><br><br><br><br>**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENTS WITH UBS AG AND HSBC BANK USA, N.A.** |

PLEASE TAKE NOTICE that, upon the filing of the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval of Settlement Agreements with UBS AG and HSBC Bank USA, N.A., as well as all papers and pleadings submitted therewith, Plaintiffs, through their undersigned counsel, hereby move this Court for an order pursuant to Rule 23 of the Federal Rules of Civil Procedure:

(1) preliminarily approving the Settlements[1] set forth in the Stipulations and Agreements of Settlement with UBS AG and HSBC Bank USA, N.A.;

(2) preliminarily certifying the following Settlement Class for purposes of settlement only:

> all Persons or entities who entered into, received or made payments on, settled, terminated, transacted in, or held an ISDAfix Instrument during the Settlement Class Period [January 1, 2006 through January 31, 2014]. Excluded from the [Settlement] Class are Defendants and their employees, affiliates, parents, subsidiaries, and co-conspirators, should any exist, whether or not named in the Amended Complaint, and the United States Government, provided, however, that Investment Vehicles shall not be excluded from the definition of the Settlement Class;

(3) preliminarily appointing Robbins Geller Rudman & Dowd LLP; Scott+Scott, Attorneys at Law, LLP; and Quinn Emanuel Urquhart & Sullivan, LLP ("Lead Counsel") as class counsel for the Settlement Class for purposes of settlement only;

(4) preliminarily appointing Plaintiffs Alaska Electrical Pension Fund; Genesee County Employees' Retirement System; County of Montgomery, Pennsylvania; County of Washington, Pennsylvania; City of New Britain, Connecticut; Pennsylvania Turnpike Commission; Erste Abwicklungsanstalt (EAA); and Portigon AG as class representatives for the Settlement Class for purposes of settlement only;

(5) appointing Epiq Systems, Inc. as Claims Administrator;

---

[1] Unless otherwise defined herein, all other capitalized terms have the same meaning as set forth in the Settlement Agreements with UBS AG and HSBC Bank USA, N.A. and/or the Explanation of Defined Terms and Citation Forms in the accompanying Memorandum of Law.

1

(6) appointing Lead Counsel as the Escrow Agent; and

(7) granting such other and further relief as the Court deems just and proper.

DATED: July 11, 2017

Respectfully submitted,

QUINN EMANUEL URQUHART
& SULLIVAN, LLP

 /s/ Daniel L. Brockett
Daniel L. Brockett
Daniel P. Cunningham
Marc L. Greenwald
Jonathan B. Oblak
Steig D. Olson
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010-1601
Telephone: 212-849-7000
Facsimile: 212-849-7100
danbrockett@quinnemanuel.com
danielcunningham@quinnemanuel.com
marcgreenwald@quinnemanuel.com
jonoblak@quinnemanuel.com
steigolson@quinnemanuel.com

Jeremy D. Andersen (*pro hac vice*)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: 213-443-3000
Facsimile: 213-443-3100
jeremyandersen@quinnemanuel.com

Christopher M. Burke
Walter W. Noss
Kristen M. Anderson (*pro hac vice*)
Julie A. Kearns (*pro hac vice*)
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile: 619-233-0508
cburke@scott-scott.com
wnoss@scott-scott.com

2

kanderson@scott-scott.com
jkearns@scott-scott.com


David R. Scott
Donald A. Broggi
Sylvia M. Sokol
Peter A. Barile III
Thomas K. Boardman
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile:  212-223-6334
david.scott@scott-scott.com
dbroggi@scott-scott.com
ssokol@scott-scott.com
pbarile@scott-scott.com
tboardman@scott-scott.com

Patrick J. Coughlin
David W. Mitchell
Brian O. O'Mara
ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619-231-1058
Facsimile:  619-231-7423
patc@rgrdlaw.com
davidm@rgrdlaw.com
bomara@rgrdlaw.com


*Interim Co-Lead Class Counsel*

## CERTIFICATE OF SERVICE

    I hereby certify that on July 11, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

                                                /*s*/ Daniel L. Brockett
                                            Daniel L. Brockett
                                            QUINN EMANUEL URQUHART
                                            & SULLIVAN, LLP
                                            51 Madison Avenue, 22nd Floor
                                            New York, NY 10010-1601
                                            Telephone: 212-849-7000
                                            Facsimile:  212-849-7100
                                            danbrockett@quinnemanuel.com