UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALASKA ELECTRICAL PENSION FUND, et al.,<br><br>                              Plaintiffs,<br><br>     v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>                              Defendants. | Lead Case No.: 14-cv-7126 (JMF) |

**PLAINTIFFS' NOTICE OF MOTION FOR FINAL APPROVAL OF
SETTLEMENT WITH FIVE DEFENDANTS, FINAL APPROVAL OF PLAN
OF DISTRIBUTION, AND CERTIFICATION OF SETTLEMENT CLASS**

PLEASE TAKE NOTICE that upon the filing of the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of Settlement With Remaining Five Defendants, Final Approval of Plan of Distribution, and Certification of Settlement Class; the declarations in support of the Motion, any papers filed in reply, and oral and documentary evidence as may be presented at any hearing on the Motion, Plaintiffs, through their undersigned counsel, hereby respectfully move this Court for entry of the [Proposed] Judgment and Order of Dismissal that will be filed along with Plaintiffs' reply brief.

Dated:  September 28, 2018

| /s/ Daniel L. Brockett | /s/ David W. Mitchell | /s/ Christopher M. Burke |
|---|---|---|
| Daniel L. Brockett | David W. Mitchell | Christopher M. Burke |
| Daniel Cunningham | Patrick J. Coughlin | Julie A. Kearns (*pro hac vice*) |
| Marc L. Greenwald | Brian O. O'Mara | Hal Cunningham (*pro hac vice*) |
| Steig D. Olson | Steven M. Jodlowski | **SCOTT+SCOTT** |
| Jonathan B. Oblak | Lonnie Browne | **ATTORNEYS AT LAW LLP** |
| Justin Reinheimer | **ROBBINS GELLER RUDMAN** | 600 W. Broadway, Suite 3300 |

1

Kevin A. Janus
Toby E. Futter
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Avenue
22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Fax: (212) 849-7100
danbrockett@quinnemanuel.com
danielcunningham@quinnemanuel.com
marcgreenwald@quinnemanuel.com
steigolson@quinnemanuel.com
jonoblak@quinnemanuel.com
justinreinheimer@quinnemanuel.com
kevinjanus@quinnemanuel.com
tobyfutter@quinnemanuel.com

Jeremy D. Andersen (*pro hac vice*)
865 South Figueroa Street
10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Fax: (213) 443-3100
jeremyandersen@quinnemanuel.com

**& DOWD LLP**
655 West Broadway
Suite 1900
San Diego, California 92101
Telephone: (619) 231-1058
Fax: (619) 231-7423
patc@rgrdlaw.com
davidm@rgrdlaw.com
bomara@rgrdlaw.com
sjodlowski@rgrdlaw.com
lbrowne@rgrdlaw.com

San Diego, CA 92101
Telephone: 619-233-4565
Fax: 619-233-0508
cburke@scott-scott.com
jkearns@scott-scott.com
hcunningham@scott-scott.com

David R. Scott
Beth A. Kaswan
Peter A. Barile III
Thomas K. Boardman
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-6444
Fax: 212-223-6334
david.scott@scott-scott.com
bkaswan@scott-scott.com
pbarile@scott-scott.com
tboardman@scott-scott.com

Amanda A. Lawrence
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: 860-537-5537
Fax: 860-537-4432
alawrence@scott-scott.com