


November 30, 2018

<u>VIA ECF</u>

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

   Re: *Alaska Electrical Pension Fund, et al. v. Bank of America Corp., et al.,*
     Case No. 1:14-cv-07126-JMF

Dear Judge Furman:

  Pursuant to your request, please find a Proposed Order concerning lead counsel's motion for fees, expenses and incentive awards.  We have conformed the latest proposed order we submitted, ECF No. 734-1, to reflect the Court's November 29, 2018 Memorandum Opinion and Order, ECF No. 740.

          Respectfully submitted,

| /s/ *David W. Mitchell* | /s/ *Daniel L. Brockett* | /s/ *Christopher M. Burke* |
|---|---|---|
| David W. Mitchell | Daniel L. Brockett | Christopher M. Burke |
| **Robbins Geller Rudman & Dowd LLP** | **Quinn Emanuel Urquhart & Sullivan, LLP** | **Scott+Scott, Attorneys At Law, LLP** |

       Co-Lead Class Counsel for Plaintiffs

Enclosure
cc: All Counsel of Record via ECF

1507925_1