UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALASKA ELECTRICAL PENSION FUND, *et al.*,<br><br>                              Plaintiffs,<br><br>    v.<br><br>BANK OF AMERICA, N.A., *et al.*,<br><br>                              Defendants. | Lead Case No.:  14-cv-7126 (JMF)<br>Honorable Jesse M. Furman |

## NOTICE OF ATTORNEY WITHDRAWAL

PLEASE TAKE NOTICE that Scott+Scott Attorneys at Law LLP, counsel for Plaintiff Alaska Electrical Pension Fund hereby informs the Court that Julie A. Kearns is no longer a member of the firm, and respectfully requests that the Court withdraw Ms. Kearns' appearance *pro hac vice*, and requests her removal from the service list, including Notices of Electronic Filings.  All remaining counsel for Plaintiff will continue to represent Plaintiff.

Please make the necessary changes to your files.

Dated:  San Diego, CA  
          September 18, 2019

SCOTT+SCOTT ATTORNEYS AT LAW LLP

 *s/* Christopher M. Burke  
Christopher M. Burke  
Hal Cunningham  
600 W. Broadway, Suite 3300  
San Diego, CA  92101  
Telephone:     (619) 233-45465  
Facsimile:     (619) 233-0508  
cburke@scott-scott.com  
hcunningham@scott-scott.com

*Counsel  for Plaintiff Alaska Electrical Pension*

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of September, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the registered participants as identified on the Notice of Electronic Filing.

*s/* Christopher M. Burke
Christopher M. Burke
