UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALASKA ELECTRICAL PENSION FUND, et al., | No. 14-cv-7126 (JMF) |
| Plaintiffs, | |
| v. | |
| BANK OF AMERICA, N.A., et al., | |
| Defendants. | |

**PLAINTIFFS' NOTICE OF MOTION FOR ENTRY OF AN ORDER APPROVING DISTRIBUTION OF THE NET SETTLEMENT FUNDS**

**PLEASE TAKE NOTICE** that Plaintiffs, by and through their undersigned Counsel, respectfully move this Court for an Order approving: (i) the distribution of the Net Settlement Funds to the Authorized Claimants identified in Exhibits A and B to the accompanying Declaration of Ricky Borges in Support of Plaintiffs' Motion; (ii) the partial rejection and/or Pool or Pool sub-group reclassification of Claims identified in Exhibits A and B to the Borges Declaration; and (iii) the full rejection of Claims identified in Exhibit C to the Borges Declaration.  A [Proposed] Distribution Order is submitted herewith.

Dated:  November 22, 2019

| | | |
|---|---|---|
| s/ *Daniel L. Brockett* | s/ *David W. Mitchell* | s/ *Christopher M. Burke* |
| Daniel L. Brockett | David W. Mitchell | Christopher M. Burke |
| Marc L. Greenwald | Patrick J. Coughlin | Hal Cunningham (*pro hac vice*) |
| Steig D. Olson | Brian O. O'Mara | **SCOTT+SCOTT ATTORNEYS** |
| Jonathan B. Oblak | Steven M. Jodlowski | **AT LAW LLP** |
| Toby E. Futter | Lonnie Browne | 600 West Broadway, Suite 3300 |
| **QUINN EMANUEL URQUHART** | **ROBBINS GELLER RUDMAN** | San Diego, CA 92101 |
| **& SULLIVAN, LLP** | **& DOWD LLP** | Telephone: (619) 233-4565 |
| 51 Madison Avenue, 22nd Floor | 655 West Broadway, Suite 1900 | Facsimile:  (619) 233-0508 |
| New York, NY 10010 | San Diego, CA 92101 | cburke@scott-scott.com |
| Telephone: (212) 849-7000 | Telephone: (619) 231-1058 | hcunningham@scott-scott.com |

Facsimile:  (212) 849-7100
danbrockett@quinnemanuel.com
marcgreenwald@quinnemanuel.com
steigolson@quinnemanuel.com
jonoblak@quinnemanuel.com
tobyfutter@quinnemanuel.com

Jeremy D. Andersen (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile:  (213) 443-3100
jeremyandersen@quinnemanuel.com

Facsimile:  (619) 231-7423
davidm@rgrdlaw.com
patc@rgrdlaw.com
bomara@rgrdlaw.com
sjodlowski@rgrdlaw.com
lbrowne@rgrdlaw.com

David R. Scott
Beth A. Kaswan
Kristen M. Anderson
Peter A. Barile III
Thomas K. Boardman
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile:  (212) 223-6334
david.scott@scott-scott.com
bkaswan@scott-scott.com
kanderson@scott-scott.com
pbarile@scott-scott.com
tboardman@scott-scott.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 22, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

                                          *s/ Christopher M. Burke*
                                          Christopher M. Burke