UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ALASKA ELECTRICAL PENSION FUND, et al.,

                           Plaintiffs,                         14-CV-7126 (JMF)

             -v-                         <u>SCHEDULING ORDER</u>

BANK OF AMERICA CORPORATION, et al.,

                          Defendants.
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On November 22, 2019, Plaintiffs filed a motion to approve the distribution of net settlement funds. ECF No. 746. Any opposition or objections to Plaintiffs' motion shall be filed no later than **December 6, 2019**. If there is an opposition or objection, any reply shall be filed no later than **December 13, 2019**.

       SO ORDERED.

Dated: November 26, 2019
       New York, New York

                                                           JESSE M. FURMAN
                                                     United States District Judge