

December 20, 2019

**VIA ECF**
The Honorable Jesse M. Furman
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Alaska Electrical Pension Fund, et al. v. Bank of America, N.A., et al.*,
             No. 14-cv-7126 (S.D.N.Y.)

Dear Judge Furman:

      We write on behalf of Fortinbras Asset Management GmbH ("Fortinbras") to request the Court's leave to file the attached Response in Further Opposition to Plaintiffs' Motion for Entry of An Order Approving Distribution of the Net Settlement Funds. Fortinbras contacted Class Counsel regarding this letter motion, but Class Counsel respectfully declined to take a position before reviewing the letter motion and attachments.

      Fortinbras believes that the attached Response is warranted because while Fortinbras continued to engage with the Claims Administrator and Class Counsel over the past few months, the most recent substantive explanation of Plaintiffs' position came in July 2019. Thus, while Fortinbras laid bare its thinking and evidence, Plaintiffs did not do so until filing their December 13, 2019 Reply (ECF No. 755). The Response would allow Fortinbras to comment on the Plaintiffs' updated reasoning, which Plaintiffs developed over the course of extensive discussions with Fortinbras since July 2019.

                                                                          Respectfully submitted,

                                                                */s/ Geoffrey M. Horn*
                                                                Geoffrey M. Horn

cc:     All Counsel of Record (via ECF)

Request GRANTED. Fortinbras shall file its response in further opposition to Plaintiffs' motion no later than **December 27, 2019**. The Clerk of Court is directed to terminate ECF No. 757. SO ORDERED.

December 23, 2019

www.lowey.com
44 South Broadway, Suite 1100, White Plains, NY 10601   (p) 914-997-0500   (f) 914-997-0035
Four Tower Bridge, 200 Barr Harbor Drive, Suite 400, West Conshohocken, PA 19428-2977   (p): 610-941-2760   (f): 610-862-9777