UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALASKA ELECTRICAL PENSION FUND, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>    Defendants. | Lead Case No.: 14-cv-7126 (JMF)<br><br>**NOTICE OF APPEAL** |

**NOTICE IS HEREBY GIVEN** that objector Fortinbras Asset Management GmbH ("Fortinbras"), hereby appeals to the United States Court of Appeals for the Second Circuit from the District Court's February 26, 2020 Memorandum Opinion and Order (ECF No. 764), which overruled Fortinbras's objection and held that the Claims Administrator and Class Counsel did not err in finding Fortinbras's disputed claims invalid and excluding them from the proposed distribution of the settlement.

Dated: March 24, 2020
       Short Hills, NJ

Respectfully submitted,

**SPIRO HARRISON**

/s/ *Jason C. Spiro*
Jason C. Spiro
Eric H. Jaso
Peter Demato, Jr.
830 Morris Turnpike, 2nd Floor
Short Hills, NJ 07078
Tel.: (973) 232-0881
Fax: (973) 232-0887
jspiro@spiroharrison.com
ejaso@spiroharrison.com
pdemato@spiroharrison.com

*Attorneys for Fortinbras Asset Management GmbH*

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that the foregoing document was filed via the ECF filing system of the United States District Court for the Southern District of New York on March 24, 2020, and that as a result electronic notice of the filing was served upon all attorneys of record.

                     */s/ Peter Demato, Jr.*
                      Peter Demato, Jr.